**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00606-RMR-STV

CESCA DIXON,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To the Clerk of the Court and All Parties of Record:

I hereby enter my appearance on behalf of Defendant, The Board of Trustees of Metropolitan State University of Denver. I further certify that I am a member in good standing with the bar of this court.

All parties shall send a copy of all pleadings, motions, and briefs filed with the Court to the undersigned Assistant Attorney General.

Dated this 12th day of September 2024.

PHILIP J. WEISER
Attorney General

*/s/ R. Warren Beck*

R. WARREN BECK *
Assistant Attorney General
1300 Broadway, 6th Floor
Denver, Colorado 80203
(720) 508-6143, warren.beck@coag.gov

**Counsel of Record for Defendant*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Notice of Entry of Appearance upon all parties herein by filing copies of same using the ECF System, this 12th day of September 2024 addressed as follows:

CESCA DIXON
1165 South Broadway
Suite 215
Denver, CO 80210
(720) 357-1960
Cescadixon80203@gmail.com

*Plaintiff Pro Se*

*/s/Jen Davis-Weiser*
Jen Davis-Weiser