**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00606-RMR-STV

CESCA DIXON,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,

Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

Assistant Attorney General Matthew Worthington, as counsel for Defendant The Board of Trustees of Metropolitan State University of Denver, hereby respectfully moves to withdraw as counsel of record in this action.

In support of this motion, Mr. Worthington states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this motion.

2. The withdrawing attorney's last day of employment with the Colorado Attorney General's Office is September 17, 2024.

3. The withdrawing attorney certifies that he has complied with all

outstanding orders of the Court.

4. Attorneys Angela Zippin and Warren Beck, remain as active counsel for the Defendant.

Respectfully submitted this 16th day of September 2024.

PHILIP J. WEISER
Attorney General

*/s/Matthew Worthington*
MATTHEW WORTHINGTON
Assistant Attorney General
State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6124
matt.worthington@coag.gov

*Attorney for Defendant*
*The Board of Trustees of Metropolitan State University of Denver*

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** upon all parties herein by filing copies of same using the ECF System, this 16th day of September 2024 addressed as follows:

CESCA DIXON
1165 South Broadway
Suite 215
Denver, CO 80210
(720) 357-1960
Cescadixon80203@gmail.com

*Plaintiff Pro Se*

*/s/Jen Davis-Weiser*
Jen Davis-Weiser