**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 23-cv-00606-RMR-TPO**

**CESCA DIXON,**

**Plaintiff,**

**v.**

**THE BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,**

**Defendant.**

**MOTION FOR DISQUALIFICATION**

To the Honorable Judge Regina M. Rodriguez, Plaintiff respectfully seeks the disqualification of Magistrate Judge Timothy P O'Hara, as Judge Timothy P O'Hara is currently a Professor of Law at the University of Colorado. CU is the sister University of Metropolitan State University of Denver. Specifically, MSU Denver and CU Boulder are connected **through the University of Colorado system**.

In support of this Motion, Plaintiff relies on the following:

- "The CU System: The University of Colorado is a premier public research university with four campuses: the University of Colorado Boulder, the University of Colorado Colorado Springs, the University of Colorado Denver and the University of Colorado Anschutz Medical Campus." About the CU System | University of Colorado

- "Three are the chief executives of the three institutions (Community College of Denver, Metropolitan State University of Denver, and University of Colorado Denver) who share the

Auraria Campus. Three are appointed respectively by the Regents of the University of Colorado; the Board of Trustees for Metropolitan State University of Denver; and the State Board for Community Colleges and Occupational Education." Auraria Board of Directors | AHEC

- "CU Denver students may register for MSU Denver pooled classes" Pooled Classes (MSU & CU Denver)

The following cited evidence creates a potential for bias and/or the appearance of bias/ impartiality which qualifies for consideration of disqualification of the presiding Magistrate Judge in this proceeding.

"**(A)** A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality* might reasonably be questioned, including but not limited to the following circumstances:"

*Rule 2.11 - Disqualification*, Colo. Code. Jud. Cond. 2.11

**"(1)** The judge has a personal bias or prejudice concerning a party or a party's lawyer, or personal knowledge* of facts that are in dispute in the proceeding.**(2)** The judge knows* that the judge, the judge's spouse or domestic partner,* or a person within the third degree of relationship* to either of them, or the spouse or domestic partner of such a person is:**(a)** a party to the proceeding, or an officer, director, general partner, managing member, or trustee of a party;"

*Rule 2.11 - Disqualification*, Colo. Code. Jud. Cond. 2.11

("[1] Under this Rule, a judge is disqualified whenever the judge's impartiality might reasonably be questioned, regardless of whether any of the specific provisions of paragraphs (A)(1) through (5) apply. The term "recusal" is sometimes used interchangeably with the term "disqualification."") *Rule 2.11 - Disqualification*, Colo. Code. Jud. Cond. 2.11

WHEREFORE, Plaintiff respectfully requests that the court Disqualify Honorable Judge Timothy P. O'Hara, and in turn, reconsider Plaintiff's Motion for Summary Judgement [ECF [135]]

Dated:3/10/ 2025

Respectfully submitted,

_______________________________
(Signature of party)

Print Name: Cesca Dixon
Address: 1165 S. Broadway, Apt. #215, Denver CO, 80210
Telephone Number: 720-357-1960
Email Address: cescadixon80203@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on [**3/10/2025**]

I sent a copy of the **MOTION FOR DISQUALIFICATION** to the following parties in the way described below

Party Name:, Angela Zippin, Paige O'Shea Olson, Jennifer Davis-Weiser
How Served: Email
Party Attorney's Name: Angela Zippin, Paige O'Shea Olson,
Address: 1300 Broadway, 6th Floor Denver, CO 80203
Telephone Number: (720) 508-6124; -6395
Email Address: angela.zippin@coag.gov, paige.olson@coag.gov, jennifer.davis-weiser@coag.gov,

(Signature of person completing service)
Print Name: Cesca Dixon
Address: 1165 S. Broadway, Apt 215, Denver CO, 80210
Telephone Number: 720-357-1960
Email Address: cescadixon80203@gmail.com