**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 23-cv-00606-RMR-TPO

CESCA DIXON,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER COLORADO,

Defendant.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States District Judge Regina M. Rodriguez on March 19, 2025 [ECF No. 164] it is ORDERED THAT

1. Plaintiff's Motion for Disqualification [ECF No. 163] is DENIED;
2. Plaintiff's Objection [ECF No. 162] is OVERRULED;
3. The Recommendation of the United States Magistrate Judge [ECF No. 161] is ACCEPTED AND ADOPTED;
4. Defendant's Motion for Summary Judgment [ECF No. 143] is GRANTED;
5. Plaintiff's Motion for Summary Judgment [ECF No. 135] is DENIED.
6. Judgment is entered in favor of the Defendant and against the Plaintiff.
7. Defendant is awarded costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated at Denver, Colorado this 17th day of April, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver
K. Myhaver
Deputy Clerk