**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-CV-RMR-TPO

CESCA DIXON

Plaintiff(s),

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER, COOLORADO

Defendant(s).

PLAINTIFF, CESCA DIXON, REPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFF MOTION FRCP 50 (a) (b) and JOINT REQUEST FOR 59 FILED MAR. 31, 2025 DKT: 166

## ARGUMENT

Plaintiff's motion for summary judgement was deemed lacking in "sufficient evidence that could permit a reasonable jury to find in her favor on either claim" (Judge O'Hara Recommendations [DKT 161]). Judgement was granted to defendants and the case was closed.

As a result, all parties were heard, and all evidence was closed. The motion for FRCP 50 (a) (b) serves the purpose of raising a challenge as to the sufficiency of the evidence and protects the right to challenge sufficiency (Maher v. City of Chicago) regardless of whether or not the case was presented to a jury. The joint request for FRCP 59 (e) is used to alter or amend a judgement; a request for reconsideration; as well as requesting a new trial.

Defendants were notified of the filing of FRCP 50 and FRCP 59 on April 1, 2025. The time for responding timely to the motions ended April 15, 2025, defendants motion opposing Plaintiff's motions should be stricken for untimely filing.

Plaintiff respectfully submits this response.

Dated at Denver *(city)*, CO. *(state)*, this 23 day, April 2025

**[Format of Signature Block.** The correct format for a signature block is as follows:]

s/
***CESCA DIXON***
1165 S. BROADWAY #215
720.357.1960
Cescadixon80203@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on [**4/23/2025**]

I sent a copy of the to the following parties in the way described below

Party Name: Colorado Board of Trustees of Metropolitan State University of Denver
How Served: Email
Party Attorney's Name: Angela Zippin, Robert Warren Beck
Address: 1300 Broadway, 6th Floor Denver, CO 80203
Telephone Number: (720) 508-6124; -6395
Email Address: angela.zippin@coag.gov, warren.beck@coag.gov, jennifer.davis-weiser@coag.gov,

(Signature of person completing service)
Print Name: Cesca Dixon
Address: 1165 S. Broadway, Apt 215, Denver CO, 80210
Telephone Number: 720-357-1960
Email Address: cescadixon80203@gmail.com