**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 23-CV-00606-RMR-TPO

CESCA DIXON

Plaintiff,

v.

BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER

Defendant(s).

---

**[PLAINTIFF'S OR DEFENDANT(S)' MOTION FOR EXTENSION OF TIME OR CONTINUANCE**

---

1. I, Cesca Dixon, [Plaintiff/Defendant] in this case, respectfully requests**:**

☐ **An extension of time to exchange with opposing party or file with the Court:**

_____ my initial disclosures currently due on ___________________.

_____my response to Request for Admissions currently due on ___________________.

_____my response to Interrogatories currently due on ___________________.

_____my expert report(s) currently due on ___________________.

_____my response to a pending Motion to Dismiss under FRCP 12(b)(6) currently due on ___________________.

_____my response to a pending Motion for Summary Judgment under FRCP 56 currently due on ___________________.

_____my response to a pending Motion for _____________________________ currently due on ___________________.

**OR**

☐ **An extension of:**

____ the discovery deadlines in the Scheduling Order.

____ the deadlines to designate expert witnesses in the Scheduling Order.

__X__ a deadline for filing an Appeal [*describe*].

**OR**

☐ **An extension of time to hold:**

_____ the Scheduling Conference currently set for ___________________.

_____ the Status Conference currently set for ___________________.

_____ the Settlement Conference currently set for ___________________.

2. I have received _____1____ [*number*] prior extensions.

3. This extension is necessary because Plaintiff has had limited time to comprehend the appeals process with her current schedule and condition (Autisim).

Therefore, I ask that the Court grant an extension of __30_____ [*number*] days for the items above.

4. I have contacted Waren Beck, counsel for the defendants, to inform of this

motion. Opposing party indicated that:

_____ this motion is opposed because [*describe reason*] _________________________

________________________________________________________________________.

__X__ this motion is not opposed.

____ I tried to contact opposing party, but was unable to make contact. I tried to reach

opposing party by [*describe*] ________________________________________________

________________________________________________________________________.

Respectfully submitted,

______________________________

[*Signature*] April 14, 2026

Cesca Dixon [*Date*]

[*Printed name*] Plaintiff/Defendant

1165 S. Broadway, Apt.

[*Street Address*]

Denver, CO 80210

[*City*] [*State*] [*Zip Code*]