**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-CV-00606-RMR-TPO

CESCA DIXON ,

Plaintiff(s),

v.

BOARD OF TRUSTEES OF METROPOLITAN
STATE UNIVERSITY OF COLORADO,

Defendant(s).

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

CESCA DIXON appeal(s) to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on March 20, 2026.

Dated April 14, 2026 .

Signature
Cesca Dixon
Printed Name
1165 S. Broadway, Apt. 215
Street Address
Denver, Colorado 80210
City State Zip
720.357.1960
Telephone Number

*Rev. 12/2021*