IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-CV-00606-RMR-TPO

CESCA DIXON

Plaintiff(s)/Petitioner(s),

v.

BOARD OF TRUSTEES OF METROPOLITAN
STATE UNIVERSITY OF COLORADO

Defendant(s)/Respondents.

---

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I submit the accompanying affidavit and declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are:

Factual misinterpretation of evidence; fair and equal opportunity to be heard in my case for summary judgement; and a procedural error.

(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.

I swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

**MARITAL STATUS AND DEPENDENTS**

Single X___ Married___ Separated___ Divorced___

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.)

Name ____________________ Age ______ Relationship ____________

Name ____________________ Age ______ Relationship ____________

Name ____________________ Age ______ Relationship ____________

Name ____________________ Age ______ Relationship ____________

**RESIDENCE**

Street Address: 1165 South Broadway

City: Denver State: CO

Zip Code: 80210 Telephone: 720-357-1960

**EDUCATION**

What is the highest level of formal education you have received: University

I can speak, read, write, and understand the English language: Yes X No ____

**EMPLOYMENT**

If employed at present, complete the following:

Name of employer: Blue Spruce Home Care Inc.

Address of employer: 1620 N High Street, Denver, CO 80218

Telephone number of employer: 303-333-0100

How long have you been employed by present employer: 9 years

Income: Monthly $ 1,894 Weekly $ 473.5

If self-employed, state your net income: Monthly $ ____________ Weekly $ ____________

What is the nature of your self-employment? ____________

If unemployed at present, complete the following:

I have been unemployed since: ____________

Name of last employer: ____________

Address of last employer: ____________

Telephone number of last employer: ____________

Salary or hourly wage received from last employer: $ ____________

If spouse is employed, complete the following:

Name of employer: ____________

How long has spouse been employed by present employer: ____________

Income: Monthly $ ____________ Weekly $ ____________

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:

I have been receiving public assistance since: ____________

Monthly benefits: $ ____________ Weekly benefits: $ ____________

**REAL AND PERSONAL PROPERTY**

Real property:
Do you own real property? Yes ____ No X____
If yes, describe: ____
Address: ____
Name(s) on title: ____
Estimated value: $ ____ Amount owed: $ ____
Annual income from real property: $ ____

Personal property:
Automobile: Make: ____ Model: ____ Year: ____
Name(s) on registration: ____
Estimated value: $ ____ Amount owed: $ ____

Cash on hand:
Total amount of cash in banks and savings and loan associations: $ 900 , Money set aside for my job
Names and addresses of banks and associations: Bellco Credit Union, 870 Colorado Blvd., Denver, CO 80220

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
PLEASE SEE ATTACHED DOCUMENTS; Cesca Dixon is employed under the Care Act, in accordance with 24 CFR 5 609; her income is from her mother's (whom she cares for) Medicaid; therefore, her income should be excluded.

Payments for legal assistance: I have paid or will be paying an attorney, or someone other than an attorney (such as a paralegal or typist), money for services in connection with this case, including the completion of this form. Yes X __No

If yes, how much? $ 8,015

If yes, state the name, address, and telephone number of the attorney or person:

Baker & Co. Law ( BCL), 2475 Northwinds Parkway, Suite 200, Alpharetta, Georgia 30009, 404-300-3515

| **FINANCIAL OBLIGATIONS**: | **MONTHLY PAYMENT**: |
| --- | --- |
| Rent on house or apartment: | $ |
| Mortgage on house: | $ |
| Gas bill: | $ |
| Electric bill: | $ |
| Telephone bill: | $ |
| Food: | $ 403 |
| Clothing: | $ |
| Automobile loan: | $ 209 , Honor balance for previous car |
| Automobile insurance: | $ |
| Other insurance: | $ 46 |
| Payments to retail merchants: | $ 200 for service animal training |

Rev. 1/12

| | |
|---|---|
| Total owed: | |
| Payments on any other outstanding loans or debts: | $ 218 |
| Total owed: $19,400 | |
| Payments to doctors, hospitals, lawyers: | $ |
| Total owed: | |
| Maintenance under separation or dissolution agreement: | $ |
| Child support: | $ |
| Other Payments | |
| Describe: Cleaning supplies, toiletries | $ 257.85 |
| Describe: | $ |
| Describe: | $ |
| Describe: | $ |
| Total monthly payments: | $ ~~1,133.85~~ 1,336.85 |

Signature

Cesca Dixon

Name

1165 S. Broadway Apt. 215

Address Street

Denver CO 80210

City State Zip Code

Date: 4/20/2026

Signature of Affiant

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th day of April, 2026

MAHENDRA SUNAR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244034614
MY COMMISSION EXPIRES 09/13/2028

Notary Public

303 S Broadway Ste 200, Denver, CO 80209

Address

My commission expires: 09/13/2028

Rev. 1/12