Blue Spruce Home Care Inc.
6440 East Colfax Avenue
Denver, CO 80220

Blue Spruce Home Care
6440 East Colfax Avenue
Denver, CO 80220
Tel. 303-333-0100
Fax 303-322-3200

November 13th, 2025

To Whom It May Concern:

This letter is to verify that Cesca Dixon is providing relative personal care services to our client, Jennifer Dixon, daily. Cesca Dixon is compensated for these services through our agency.

Our agency helps clients who have Medicaid and require in-home support. The long-term home care services rendered to Jennifer Dixon are covered under the Medicaid program.

If you have any questions or need further information, please feel free to contact our office.

Sincerely,

Thank you,

Esmeralda Coss

Administrator