HOME CARE INCOME FROM MEDICAID

FRPC Under 6-II.E: Home Care Allowance (also 24 CFR 5.609 PG. 5)

Homecare allowance funds will be excluded from income.

THE COLORADO DEPARTMENT OF LOCAL AFFAIRS DIVISION OF HOUSING HOUSING CHOICE VOUCHER PROGRAM ADMINISTRATIVE PLAN COLORADO DEPARTMENT OF LOCAL AFFAIRS DIVISION OF HOUSING DIRECTOR – PAT COYLE UPDATED-NOVEMBER 1, 2012

(19) Payments made by or authorized by a State Medicaid agency (including through a managed care entity) or other State or Federal agency to a family to enable a family member who has a disability to reside in the family's assisted unit. Authorized payments may include payments to a member of the assisted family through the State Medicaid agency (including through a managed care entity) or other State or Federal agency for caregiving services the family member provides to enable a family member who has a disability to reside in the family's assisted unit.