**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 23-cv-00606-RMR-TPO

CESCA DIXON,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE METROPOLITAN STATE UNIVERSITY OF DENVER COLORADO,

Defendant.

---

**ORDER GRANTING LEAVE TO PROCEED**
**ON APPEAL PURSUANT TO 28 U.S.C. § 1915**

---

Plaintiff has filed *pro se* a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 176). The motion will be granted.

The Court has examined the file and finds that Plaintiff has shown an inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Therefore, Plaintiff will be allowed to proceed on appeal pursuant to 28 U.S.C. § 1915(a) without prepayment of fees or security therefor. Accordingly, it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 176) is granted. It is

FURTHER ORDERED that Plaintiff may proceed on appeal without prepayment of fees or security therefor.

DATED this 28th day of ____April___, 2026.

BY THE COURT:

______________________________
REGINA M. RODRIGUEZ
United States District Judge